IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEBORAH DENISE WILLIAMS,<br><br>Defendant. | CASE NO.: 4:21-cr-97 |

### O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 147.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Deborah Denise Williams from the Indictment in the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Deborah Denise Williams and DIRECTS the Clerk of Court to TERMINATE Defendant Deborah Denise Williams from this case.

**SO ORDERED**, this 30th day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA